IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NATIONSRENT, INC., *et al.*,[1] | Case Nos. 01-11628 through 01-11639 (PJW) |
| | Jointly Administered |
| Debtors. | Chapter 11 |
| | |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee, | |
| | CIVIL ACTION No. 04-CV-0779 (KAJ) |
| Plaintiff, | |
| v. | |
| LEIF JOHNSON FORD TRUCK CITY, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry

Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's

Liquidating Trust, and the above-captioned Defendant, Leif Johnson Ford Truck City, that

the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the

Federal Rules of Bankruptcy Procedure.

---

[1]  NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated:  December 29, 2005

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:     (973) 597-2500

-and-

THE BAYARD FIRM

Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Telephone:     (302) 655-5000

Co-Counsel for Perry Mandarino, not
personally, but as Trustee for the
NationsRent Unsecured Creditor's
Liquidating Trust

FERRY, JOSEPH & PEARCE, P.A.

John D. Mattey, Esquire (No. 3111)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone:     (302) 575-1555

Counsel for Leif Johnson Ford Truck City

612633v1

2