## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 29th day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

John D. Mattey, Esquire
*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
Wilmington, DE 19801

/s/ M. Augustine
Mary E. Augustine (No. 4477)